COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS


CHRISTEN JAMES SANCHEZ, §       No. 08-10-00213-CR

     Appellant, §

                      Appeal from the

v. §

         198th Judicial District Court

§

THE STATE OF TEXAS,           of Kerr County, Texas

§

     Appellee.          (TC# B07-175)

§


**MEMORANDUM  OPINION**

Pending before the Court is a motion to dismiss filed by Appellant pursuant to Texas Rule of Appellate Procedure 42.2(a).  Accompanying the motion is a statement personally signed by Appellant, expressing his wish to dismiss the appeal.  The motion was filed before our decision in the case.  Further, Appellant filed a duplicate copy of the motion with this Court and that copy has been forwarded to the trial court clerk.  Because the motion complies with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


September 22, 2010

                  DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)